No. 79–1307. DAVIS OIL CO. ET AL. *v.* PARVIN. C. A. 9th Cir. Certiorari denied.

No. 79–1319. POMERANTZ *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 79–1322. ISON *v.* FIRST STATE BANK OF CENTRALIA, ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 79–1324. COSDEN OIL & CHEMICAL CO. *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 826. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 79–1360. SERRANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1363. ASH *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1364. GODE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1374. REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. C. A. 2d Cir. Certiorari before judgment denied.

No. 79–1379. STATEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1381. ESPARZA-CORRAL ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1390. WRIGHT, ADMINISTRATRIX *v.* SOUTHERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.